UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-12471-BKC-LMI

CHAPTER 13

IN RE:

RICHARD PRIOLEAU, JR.
     Debtor.
_____/

**DEBTOR'S OBJECTION TO CLAIM NO. 1 FILED BY BANK OF AMERICA, N.A.**

The Debtor, RICHARD PRIOLEAU, JR., by and through his undersigned attorney, objects to claim No. 1, filed by Bank of America, N.A., Post Office Box 982284, El Paso, TX 79998-2238, Bank of America, N.A., Post Office Box 15102, Wilmington, DE 19886-5102, Bank of America, N.A., Attn: Bankruptcy Dept., 4161 Piemdmont Parkway, NC4-105-03-14, Greensboro, NC 27410 and Bank of America, N.A., Attn: Brian Moynihan, (President/CEO) U.S. Certified Mail, 100 North Tryon Street, Charlotte, NC 28202, and states:

1.     This creditor filed an unsecured claim in the amount of $1,118.32, for account ending in 9422. The backup documentation attached indicates this debt was charged off from 2013, which would allow the Debtor to assert Statute of Limitations as a defense, therefore, this claim should be stricken and disallowed.

2.     Pursuant to Florida Statute, Section 95.11, a creditor is prohibited from attempting to collect a debt more than 5 years from the date of the last payment.

3.     Debtor's counsel has been forced to file this Objection to Creditor's claim, in response to creditor's filing of an incorrect and/or improper proof of claim, and

therefore, respectfully requests this Court award attorney's fees and costs to Debtor's counsel pursuant to Florida Statute, Section 95.11.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich, Trustee @ e2c8f01@ch13herkert.com, this 28th day of January 2020 and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to the above addresses.

Respectfully submitted,

Law Offices of Michael J. Brooks, Michael A. Frank
& Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com


By: /s/ Michael A. Frank
Michael A. Frank
Florida Bar No. 339075