UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-12471-BKC-LMI
CHAPTER 13

IN RE:
RICHARD PRIOLEAU, JR.,
    Debtor.
                                /

**CERTIFICATE OF SERVICE OF DEBTOR'S OBJECTION TO CLAIM OF BANK OF AMERICA NO 1. AND NOTICE OF HEARING AND <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)</u>**

**I HEREBY CERTIFY** that a true and correct copy of the above **DEBTOR'S OBJECTION TO CLAIM OF BANK OF AMERICA NO 1. AND NOTICE OF HEARING** thereon was served as follows via electronic mail to Nancy Neidich, Trustee, at e2c801@ch13herkert.com and those set forth in the NEF to be served electronically and was sent by U.S. Mail to Bank of America, N.A., Post Office Box 982284, El Paso, TX 79998-2238, Bank of America, N.A., Post Office Box 15102, Wilmington, DE 19886-5102, Bank of America, N.A., Attn: Bankruptcy Dept., 4161 Piemdmont Parkway, NC4-105-03-14, Greensboro, NC 27410 and Bank of America, N.A., Attn: Brian Moynihan, (President/CEO) U.S. Certified Mail, 100 North Tryon Street, Charlotte, NC 28202. this 29th day of January of 2020.

DATED: January 29, 2020

                        Law Offices of Michael J. Brooks, Michael A. Frank
                            & Rodolfo H. De La Guardia, Jr.
                        Attorneys for the Debtor(s)
                        Suite 620 • Regions Bank Building
                        10 Northwest LeJeune Road
                        Miami, FL 33126-5431
                        Telephone (305) 443-4217
                        Facsimile (305) 443-3219
                        Email - Pleadings@bkclawmiami.com

                            /s/
                        Michael A. Frank
                        Florida Bar No. 339075