

## ORDERED in the Southern District of Florida on March 12, 2020.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-12471-BKC-LMI

CHAPTER 13

IN RE:

RICHARD PRIOLEAU, JR.
    Debtor.
                         /

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 1 FILED BY BANK OF AMERICA, N,.A.

THIS CAUSE having come on to be heard at 9:00 a.m., on March 10, 2020, on the Debtor's Objection to Claim No 1 filed by Bank of America, N.A., [ECF 119 ] having heard argument of counsel, and based upon the record, it is,

**ORDERED**:

1. The Debtor's Objection to Claim No 1 filed by Bank of America ,N.A., is SUSTAINED.

2. Claim No 1 filed by Bank of America, N.A., as an unsecured claim in the amount of $1,118.32, is STRICKEN and DISALLOWED.

3. Creditor, Bank of America, N.A., is to pay Michael A. Frank, the amount of $500.00, as fees, within 14 days from the date of this Order.

### # # #

Submitted by:
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Bank of America, N.A.,
Bank of America, N.A., Attn: Bankruptcy Dept.,
Bank of America, N.A., Attn: Brian Moynihan, President/CEO

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.